IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RUSSELL JAMES ELLIS,**
No. 06939-424,

Petitioner,

vs.                                                           Case No. 16-cv-737-DRH

**WARDEN WERLICH,**

Respondent.

## JUDGMENT

This action came before the Court, District Judge David R. Herndon, for preliminary consideration of petitioner's application for writ of habeas corpus. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is summarily dismissed on the merits with prejudice. Judgment is entered in favor of respondent and against petitioner. Petitioner is to take nothing from this action.

**DATED: October 4, 2016**         JUSTINE FLANAGAN, ACTING CLERK


By: s/ Tanya Kelley
    Deputy Clerk

Digitally signed by
Judge David R.
Herndon
Date: 2016.10.04
14:15:06 -05'00'

APPROVED:
          United States District Judge